- O-SEND

FILED
CLERK, U.S. DISTRICT COURT

JAN 1 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:07-CR-1125-ABC |
| Plaintiff, | ) | |
| vs. | ) | ORDER OF DETENTION |
| Bernardo Rodriguez, | ) | |
| Defendant. | ) | |

I

A.    ( )   On  motion  of  the  Government  in  a  case  allegedly
involving:

1.    ( )   a crime of violence.

2.    ( )   an   offense   with   maximum   sentence   of life
imprisonment   or death.

3.    ( )   a narcotics or controlled substance offense with
maximum sentence of ten or more years.

4.    ( )   any felony - where defendant convicted of two or
more prior offenses described above.

5.   ( )   any   felony   that   is   not   otherwise   a   crime   of

violence   that   involves   a   minor   victim,   or   possession   or   use

of   a   firearm   or   destructive   device   or   any   other   dangerous

weapon,   or   a   failure   to   register   under   18   U.S.C.   § 2250.

B.   (✗)   On   motion   by   the   Government/   ( )   on   Court's   own   motion,

in   a   case   allegedly   involving:

(✗)   On   the   further   allegation   by   the   Government   of:

1.   (✗)   a   serious   risk   that   the   defendant   will   flee.

2.   ( )   a   serious   risk   that   the   defendant   will:

a.   ( )   obstruct   or   attempt   to   obstruct   justice.

b.   ( )   threaten,   injure   or   intimidate   a   prospective

witness   or   juror,   or   attempt   to   do   so.

C.   The   Government   ( )   is/   ( )   is   not   entitled   to   a   rebuttable

presumption   that   no   condition   or   combination   of   conditions   will

reasonably   assure   the   defendant's   appearance   as   required   and   the

safety   or   any   person   or   the   community.


II

A.   (✗)   The   Court   finds   that   no   condition   or   combination   of

conditions   will   reasonably   assure:

1.   (✗)   the   appearance   of   the   defendant   as   required.

(✗)   and/or

2.   (✗)   the   safety   of   any   person   or   the   community.

B.   ( )   The   Court   finds   that   the   defendant   has   not   rebutted   by

sufficient   evidence   to   the   contrary   the   presumption   provided   by

statute.

///

///

-2-

III

The Court has considered:

A.    the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B.    the weight of evidence against the defendant;

C.    the history and characteristics of the defendant; and

D.    the nature and seriousness of the danger to any person or the community.

IV

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

V

The Court bases the foregoing finding(s) on the following:

A.    X    As to flight risk:

(1) insufficient bail resources
(2) substance abuse
(3) violations of supervised release

///

///

///

-3-

B.      (✓)   As to danger:

(1) criminal history
(2) on-going substance abuse.

## VI

A.    ( )   The Court finds that a serious risk exists the defendant will:

    1.    ( )   obstruct or attempt to obstruct justice.

    2.    ( )   attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B.    The Court bases the foregoing finding(s) on the following:

## VII

A.    IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B.    IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

1    C.    IT  IS  FURTHER  ORDERED  that  the  defendant  be  afforded

2    reasonable opportunity for private consultation with counsel.

3    D.    IT IS FURTHER ORDERED that, on order of a Court of the United

4    States  or  on  request  of  any  attorney  for  the  Government,  the

5    person in charge of the corrections facility in which defendant

6    is confined deliver the defendant to a United States marshal for

7    the  purpose  of  an  appearance  in  connection  with  a  court

8    proceeding.

9

10

11   DATED: ____1/14/08____

12                                    SUZANNE H.  SEGAL
                                      UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28